FILED

Name: Jaime Orozco

Address: 1485 Obispo Ave

Apt. 2

Phone: 714-474-8212

Fax:

In Pro Per

2026 JUL 13 PM 4:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____ Bom _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jaime Orozco

Plaintiff

v.

Southern California Permanente Medical Group, and Russell Lobue

Defendant(s).

CASE NUMBER:

8:25-cv-01165-FWS-JDE

Add Email to Plaintiff

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Please Add Email to PACER  Ja1meo@ Yahoo-com

DatE: July 13, 2026       By: _Jaime Orozco_
                                    name

                              _Jaime Orozco_
                              Plaintiff

CV-127 (09-09)                          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT