FILED

2026 JUL 13 PM 3: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY:_____Born_____

Jaime Orozco, Plaintiff Pro Se
1485 Obispo Avenue, Apt. 2
Long Beach, California 90804
Mobile 714-474-8212
Email Ja1meo@Yahoo.com

SEYFARTH SHAW LLP
Brian P. Long(SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME OROZCO<br><br>          Plaintiff,<br><br>vs.<br><br>SOUTHERN  CALIFORNIA  PERMANENTE<br><br>MEDICAL GROUP, and RUSSELL LOBUE,<br><br>          Defendant | Case No.: 8:25-cv-01165-FWS-JDE<br><br>JOINT STIPULATION TO MODIFY<br>SCHEDULING ORDER<br><br>COMPLIANT FILED: APRIL 11,2025<br>TRIAL DATE: FEBRUARY 16, 2027 |

JOINT STIPULATION TO MODIFY SCHEDULING ORDER COMPLIANT FILED: APRIL 11,2025TRIAL DATE: FEBRUARY 16, 2027 - 1

Plaintiff Jaime Orozco ("Plaintiff") and Defendants Southern California Permanente Medical Group ("SCPMG") and Russell Lobue (collectively the "Parties")

I hereby stipulate as follows:

1.        On July 21, 2025, this Court entered its Pretrial Scheduling Order (Dkt. No. 13), setting the following pretrial schedule:

A. Non-Expert Discovery Cutoff: June 19, 2026

B. Expert Disclosures (Initial): June 4, 2026

C. Expert Disclosures (Rebuttal): June 18, 2026

D. Expert Discovery Cutoff: July 2, 2026

E. Last Date to Hear Motions: Thursday at 10:00 a.m. August 27, 2026

2.   On January 30,2026, SCPMG served its Special Interrogatories to Plaintiff Set One, and its Notice of Deposition of Plaintiff, setting the deposition date for February 27, 2026.

3   On February 4, 2026, SCPMG served its Amended Notice of Deposition of Plaintiff, and set the deposition date for March 5,2026.

4.  On March 2, 2026, Plaintiff informed counsel for Defendants that he requires additional time to complete his responses to SCPMGs Special Interrogatories.

5.  On March 4, 2026, Plaintiff further informed counsel for Defendants that he is unable to attend the deposition set for March 5, 2026.

6.  On March 9, 2026, the Court issued its Order re Joint Stipulation to Modify |Scheduling Order (Dkt. No. 18), in which it continued the fact discovery cutoff 32 days |to April 20, 2026.

7.  On March 10, 2026, Defendants noticed Plaintiff's in-person deposition for March 31, 2026.

8.  On March 31, 2026, Plaintiff informed Defendants that he had retained an attorney who

JOINT STIPULATION TO MODIFY SCHEDULING ORDER COMPLIANT FILED: APRIL 11,2025TRIAL DATE: FEBRUARY 16, 2027 - 2

STIPULATE AND AGREE that Plaintiffs Deposition will proceed on or before April 20, 2026.

15. On April 16,2026 I was informed Lukas Huldi (SBN357194) was leaving Seyfarth Shaw LLP firm.

16. Due to circumstances beyond Plaintiff's control, Plaintiff serves as a caregiver for his father. Plaintiff assisted his father with medical appointments and emergency room visits on May 14, May 17, May 20, May 30, and June 1, 2026.

17. Plaintiff computer malfunction May 31,2026, and purchase a new computer on June 16, 2026.

18. Plaintiff Deposition was taken place on June 5, 2026 in Seyfarth Shaw LLP firm in Los Angeles, CA.

19. Plaintiff has also dealing with on going health issues and therapy to help move forward from trauma from SCPMG.

20. Plaintiff received Request for Admission and Request for Production on June 27, 2026 and did not obtain clear answers.

21. Plaintiff reached out to Defendant for a Joint Stipulation to Modify Scheduling Order to extend Discovery cutoff on July 9, 2026.

22. Plaintiff requested to extend Discovery Cut-Off, for the limited purpose of requesting second Request of Request for Admission, Request for Production and time to Amend Plaintiff complaint to include additional claims, correct facts, correction of Defendant's request of 50 days from Discovery Cut-Off date July 2, 2026, Cut-Off date August 21, 2026.

DATED: JULY 13, 2026                    Respectfully submitted,


                                        By: Jaime  Orozco

                                        _____
                                            PLAINTIFF PRO *SE*

JOINT STIPULATION TO MODIFY SCHEDULING ORDER COMPLIANT FILED: APRIL 11,2025TRIAL DATE: FEBRUARY 16, 2027 - 5