_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-cv-01165-FWS-JDE                    Date: July 15, 2026
Title: Jamie Orozco v. Southern California Permanente Medical Group *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

    Rolls Royce Paschal                                         N/A
    Deputy Clerk                                        Court Reporter

Attorneys Present for Plaintiff:                    Attorneys Present for Defendants:

    Not Present                                        Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING NOTICE TO ADD PLAINTIFF'S EMAIL AND REJECTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER [27] [28]**

On July 13, 2026, *pro se* Plaintiff Jaime Orozco filed the "Notice to Add Email," requesting that the court add Plaintiff's email to PACER.  (Dkt. 27 at 2.)  It appears that Plaintiff is requesting the court for permission for electronic filing in this case.

Central District of California Local Rule 5-4.1.1 provides as follows:

> After entering an appearance in a civil case, any non-incarcerated pro se litigant may seek leave of Court to use the CM/ECF System to file documents electronically in that particular case. Leave to file electronically must be sought by motion, which must demonstrate that the pro se litigant has access to the equipment and software necessary to prepare documents for filing in PDF format and to connect to the Court's CM/ECF System.

C.D. Cal. L.R. 5-4.1.1.

The court notes that this District's "Application for Permission for Electronic Filing," form number CV-005 may be used by a party seeking permission to participate in electronic filing in a case.  To the extent Plaintiff is seeking permission for electronic filing in this case,

_____

**CIVIL MINUTES – GENERAL**                                        1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-cv-01165-FWS-JDE                      Date: July 15, 2026
Title: Jamie Orozco v. Southern California Permanente Medical Group *et al.*

the court **DENIES** the request because Plaintiff has not complied with Local Rule 5-4.1.1 or submitted an adequate CV-005 application.

Plaintiff also filed a joint stipulation to modify scheduling order which is only signed by Plaintiff.  (Dkt. 28 ("Stipulation").)  Local Rule 7-1 provides that "[w]ritten stipulations affecting the progress of the case must be filed with the Court, be accompanied by a separate order as provided in L.R. 52-4.1, and be signed by counsel for each party who has appeared in the action and is affected by the stipulation (except as otherwise required by F.R.Civ.P. 41(a)(1)(A))."  C.D. Cal. L.R. 7-1.  The court finds that Plaintiff has failed to comply with Local Rule 7-1 because the Stipulation has not been signed by each party who has appeared in this action and is affected by the Stipulation and there is no separate order attached. Accordingly, the court **REJECTS** the Stipulation.