JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAIME OROZCO,**<br><br>**Plaintiff,**<br>**v.**<br><br>**SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP et al.,**<br><br>**Defendants.** | **Case No. 8:25-cv-01165-FWS-JDE**<br><br>**JUDGMENT** |

In this case, Plaintiff Jaime Orozco alleges claims against Defendants Southern California Permanente Medical Group ("SCPMG") and Russell LoBue (collectively, "Defendants") related to Plaintiff's employment with SCPMG as a Service Representative in their Garden Grove Medical Office. (*See* Dkt. 1 Ex. B (Complaint).) The matter came before the court through Defendants' Motion for Summary Judgment. (Dkt. 31.) On September 25, 2026, the court granted Defendants' Motion for Summary Judgment. In accordance with the court's September 25, 2026, Order, the court

**ENTERS JUDGMENT** in this case in favor of Defendants and against Plaintiff. Plaintiff shall take nothing on his claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED: September 25, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE